IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vugrin, Michael J | Case Number: 07 B 06947 |
|---|---|---|
| | Vugrin, Gina T | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 4/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,080.00 |  |
| Secured: |  | 367.83 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,469.20 |
| Trustee Fee: |  | 104.86 |
| Other Funds: |  | 1,138.11 |
| Totals: | 3,080.00 | 3,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,469.20 | 1,469.20 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,045.00 | 113.64 |
| 4. | Cook County Treasurer | Secured | 4,575.00 | 254.19 |
| 5. | Fremont Investment & Loan | Secured | 10,697.17 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 55.04 | 0.00 |
| 7. | Capital One | Unsecured | 79.59 | 0.00 |
| 8. | Dr Anita Arora | Unsecured | 11.20 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 9.14 | 0.00 |
| 10. | Premium Asset Recovery Corp | Unsecured | 21.25 | 0.00 |
| 11. | Money Recovery | Unsecured | 11.73 | 0.00 |
| 12. | Kalamazoo Er Assoc Lee Memorial Hosp | Unsecured | 11.73 | 0.00 |
| 13. | Capital One | Unsecured | 137.43 | 0.00 |
| 14. | Verizon Wireless Midwest | Unsecured | 43.95 | 0.00 |
| 15. | Capital One | Unsecured | 75.22 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 50.79 | 0.00 |
| 17. | Midland Credit Management | Unsecured | 30.43 | 0.00 |
| 18. | Cook County Treasurer | Unsecured | 9.00 | 0.00 |
| 19. | Oak Lawn Police Dept | Unsecured | 50.05 | 0.00 |
| 20. | Nicor Gas | Unsecured | 129.62 | 0.00 |
| 21. | ACL Laboratories | Unsecured | | No Claim Filed |
| 22. | ACL Laboratories | Unsecured | | No Claim Filed |
| 23. | ACL Laboratories | Unsecured | | No Claim Filed |
| 24. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 25. | Verizon Wireless | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Vugrin, Michael J  
Vugrin, Gina T  
Printed: 12/28/07

Case Number: 07 B 06947  
Judge: Squires, John H  
Filed: 4/17/07

| | | | |
|---|---|---|---|
| 26. | Americas Recovery Network | Unsecured | No Claim Filed |
| 27. | Farmers Insurance Group | Unsecured | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | No Claim Filed |
| 30. | Harris & Harris | Unsecured | No Claim Filed |
| 31. | Computer Credit Service Corp | Unsecured | No Claim Filed |
| 32. | Harris & Harris | Unsecured | No Claim Filed |
| 33. | Harris & Harris | Unsecured | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | No Claim Filed |
| 35. | M3 Financial Services | Unsecured | No Claim Filed |
| 36. | Harris & Harris | Unsecured | No Claim Filed |
| 37. | Harris & Harris | Unsecured | No Claim Filed |
| 38. | Illinois Collection Service | Unsecured | No Claim Filed |
| 39. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 40. | Moraine Valley Community Col. | Unsecured | No Claim Filed |
| 41. | M3 Financial Services | Unsecured | No Claim Filed |
| 42. | Mercury Finance Co | Unsecured | No Claim Filed |
| 43. | State Collection Service | Unsecured | No Claim Filed |
| 44. | Account Recovery Service | Unsecured | No Claim Filed |

$ 19,512.54          $ 1,837.03

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 104.86 |

$ 104.86

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_